UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

　　　　　Plaintiff,

v.

Case No. **19-CR-37**

42 U.S.C. § 408(a)(3)-(4)

CHARLES M. WILTBERGER II,
A.K.A. MARTY WILTBERGER,

　　　　　Defendant.

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about July 2013 and continuing through on or about July 2018, in the State and Eastern District of Wisconsin,

**CHARLES M. WILTBERGER II,
A.K.A. MARTY WILTBERGER,**

while having knowledge of the occurrence of an event affecting his continued right to Social Security Disability benefit payments, under United States Code Title 42, Chapter 7, Subchapter II, concealed and failed to disclose that event with an intent fraudulently to secure unauthorized payments. Specifically, the defendant concealed and failed to disclose substantial gainful activity.

All in violation of Title 42, United States Code, Section 408(a)(4).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

On or about March 10, 2014, in the State and Eastern District of Wisconsin,

**CHARLES M. WILTBERGER II,
A.K.A. MARTY WILTBERGER,**

made and caused to be made a false statement and representation of a material fact for use in determining rights to payment under United States Code Title 42, Chapter 7, Subchapter II, specifically, that he had not worked or been self-employed since February 2012, when, as he then and there knew, he had worked since February 2012.

All in violation of Title 42, United States Code, Section 408(a)(3).

## COUNT THREE

THE GRAND JURY FURTHER CHARGES THAT:

On or about January 17, 2017, in the State and Eastern District of Wisconsin,

**CHARLES M. WILTBERGER II,
A.K.A. MARTY WILTBERGER,**

made and caused to be made a false statement and representation of a material fact for use in determining rights to payment under United States Code Title 42, Chapter 7, Subchapter II, specifically, that he had not worked since 2006, when, as he then and there knew, he had worked since 2006.

All in violation of Title 42, United States Code, Section 408(a)(3).

A TRUE BILL:

FOREPERSON
Dated: 2/20/2019

/s/ Matthew Krueger
MATTHEW D. KRUEGER
United States Attorney